## McCARTY v. STATE.

### No. 24270.

Court of Criminal Appeals of Texas.

Feb. 23, 1949.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of transporting intoxicating liquor in a dry area. His punishment was assessed at a fine of $100.00 and confinement in the county jail for six months.

The State's Attorney before this court has filed a motion to dismiss the appeal for the reason that the transcript contains no notice of appeal. Such is required by Article 827, C.C.P., in order to confer jurisdiction herein.

The State's motion to dismiss is granted, and the appeal is ordered dismissed.